**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus ROQUE–ESPIDIO, Defendant–Appellant.**

No. 05–50677.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Becky S. Walker, Esq., Rosalind Wang, Esq., Los Angeles, CA, for Plaintiff–Appellee.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James H. Locklin, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

MEMORANDUM **

Jesus Roque–Espidio appeals the sentence imposed following his guilty plea to illegal reentry into the United States in violation of 8 U.S.C. § 1326.

We have reviewed the record and the opening brief, and we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The United States Supreme Court's decision in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Court overrules it. *See United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir. 2005) (noting that this court remains bound by the Supreme Court's holding in *Almendarez–Torres* that a district court judge may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).